# FINANCIAL AFFIDAVIT

CJA 23
Rev 5/98

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | X MAGISTRATE | DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

| USA | V.S. | NORMAN BARNES |
|---|---|---|

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

| 1 X | Defendant—Adult |
| 2 | Defendant - Juvenile |
| 3 | Appellant |
| 4 | Probation Violator |
| 5 | Parole Violator |
| 6 ☐ | Habeas Petitioner |
| 7 ☐ | 2255 Petitioner |
| 8 ☐ | Material Witness |
| 9 ☐ | Other |

**DOCKET NUMBERS**

Magistrate

04-817-MBB

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)    x   Felony
21 USC 846    ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOY-MENT**

Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed

Name and address of employer: _____

*Jst Barnch termend? fumployed*

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment *4/04*
How much did you earn per month? $ *800.00*

If married is your Spouse employed? ☐ Yes ☐ No

*Employed less than 1 month*

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

RECEIVED    SOURCES

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES    $ _____

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, state total amount $ *165*

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

VALUE    DESCRIPTION

IF YES, GIVE THE VALUE AND DESCRIBE IT    $ _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
___ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents: *1*

List persons you actually support and your relationship to them
*Shann Barnes*

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| *Apartment* | | $ | $ *300* |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.  Executed on (date) *4/13/04*

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Norman Barnes*