April 30, 2004

MJ.04-817-MBB

Dear Judge Bowler:

This letter is regarding a case first brought to your courtroom on April 13, 2004, United States v. Norman Barnes. This is Norman's girlfriend Reneé Wiggins, it would be greatly appreciated if you allowed him to be released on a monitoring device. You do not have to worry about if you release him that he will be doing nothing constructive. Is it safe to say he was in the wrong place at the wrong time. He shows up at every required court date, he also had a job he was getting his act together staying away from trouble. Talking to him on the phone he realizes that he needs to stay away from negative people after his release. Hopefully you find it in your heart to release him on a monitoring device so that he can be at home with his family.

A plea from a devoted girlfriend

Reneé Wiggins

Reneé Wiggins