UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
    Plaintiff, )
)
v. )   CRIMINAL NO. 04-10168-PBS
)
ADAM ELLARD, et. al, )
    Defendant. )
)

## DEFENDANT NORMAN BARNES' MOTION TO REOPEN AND RECONSIDER ORDER ON DETENTION

Defendant Norman Barnes moves, pursuant to 18 U.S.C. §3142(f), that the Court reopen and reconsider its order on detention on the ground that there exists new information, not available to the movant at the time of the hearing, which has a material bearing on the issue of whether there are conditions of release that will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. In support, defendant represents that new information establishes that there are conditions which will reasonably assure both the defendant's appearance and the safety of the community, as set forth in the accompanying Memorandum and exhibits thereto.

Respectfully submitted,

*/s/ Max D. Stern*
Max D. Stern
BBO No. 479560
Stern, Shapiro, Weissberg
  & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: August 31, 2004

G:\SSWG\BARNES, NORMAN\reconsider detention mot.wpd

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by-mail (by hand) on this date 8/31.

*/s/ Max D. Stern*