✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF      MASSACHUSETTS

| UNITED STATES V. NORMAN BARNES | **EXHIBIT AND WITNESS LIST** Case Number: 04-10168-PBS |
|---|---|

| PRESIDING JUDGE BOWLER | PLAINTIFF'S ATTORNEY DAVID TOBIN | DEFENDANT'S ATTORNEY MAX STERN |
|---|---|---|
| TRIAL DATE (S) 9/9/04 | COURT REPORTER DIGITAL | COURTROOM DEPUTY SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | B | 9/9/04 | X | X | CRIMINAL RECORD |
|  | C | 9/9/04 | X | X | DOCKET FROM ROXBURY DISTRICT COURT |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1      Pages