# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10168-PBS

UNITED STATES OF AMERICA

v.

NORMAN BARNES

### *FINAL STATUS REPORT*

October 7, 2004

**BOWLER, Ch.U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with conspiracy to possess with the intent to distribute and to distribute cocaine, was returned on May 27, 2004;

    2. The defendant was arraigned on the Indictment on June 21, 2004;

    3. The defendant is in custody on the charges;

4.  At the time of arraignment, the attorney for the government estimated that the government would call approximately ten witnesses and that the trial would last approximately one week;

5.  Defense counsel has indicated that the case will be resolved by way of a trial;

6.  As of the date of this Final Status Report, time has been excluded through December 6, 2004;

7.  This case is hereby returned to the district judge to whom this case is assigned.

        /s/
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge