UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA,   )
    Plaintiff,              )
                            )
    v.                      )   CRIMINAL NO. 04-10168-PBS
                            )
ADAM ELLARD, et. al,        )
    Defendant.              )
_____)

**DEFENDANT NORMAN BARNES' MOTION**
**FOR A SPEEDY TRIAL**

Defendant Norman Barnes hereby moves that he be granted a speedy trial. In support thereof, he states that his is entitled to a speedy trial by the Sixth Amendment to the United States Constitution and 18 U.S.C. §3161 et seq. He further states that the current proposed trial date, January 3, 2004, would not satisfy his speedy trial rights and that the Court, if necessary, should sever his trial from that of the co-defendants and try him separately, at an earlier time.

                Respectfully submitted,

                /S/ *Max D. Stern*
                Max D. Stern
                BBO No. 479560
                Stern, Shapiro, Weissberg
                 & Garin, LLP
                90 Canal Street, Suite 500
                Boston, MA 02114-2022
                (617) 742-5800

Dated: October 20, 2004

G:\SSWG\BARNES, NORMAN\speedy trial mot.wpd