UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA,    )
      Plaintiff,    )
                       )
          v.    )    CRIMINAL NO. 04-10168-PBS
                       )
ADAM ELLARD, et. al,    )
      Defendant.    )
_____)

**DEFENDANT NORMAN BARNES' MOTION
FOR REVIEW OF DETENTION ORDER**

      Defendant Norman Barnes hereby moves, pursuant to 18 U.S.C. §3145(b), for review of

the order entered by the magistrate judge in this case.  In support thereof, he says that, for the

reasons set forth in his accompanying Memorandum and attached exhibits, the Court should

revoke the order of detention and release him upon conditions.

                     Respectfully submitted,


                     /S/ Max D. Stern
                     Max D. Stern
                     BBO No. 479560
                     Stern, Shapiro, Weissberg
                      & Garin, LLP
                     90 Canal Street, Suite 500
                     Boston, MA 02114-2022
                     (617) 742-5800


Dated: October 20, 2004

G:\SSWG\BARNES, NORMAN\detention review mot.wpd