# EXHIBIT A

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

## CRIMINAL COMPLAINT

V.

ADAM ELLARD
WILLIE HESTER
TAVON ROBINSON
STEVEN TUCKER
NORMAN BARNES
(Name and Address of Defendant)

M.J. No.:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 12, 2004** in **Suffolk** County in the District of **Massachusetts**, defendants did, (Track Statutory Language of Offense)

knowingly and intentionally combine, conspire, confederate, and agree with each other to distribute cocaine base, a Schedule II controlled substance

in violation of Title **21** United States Code, Section **846**.

I further state that I am a(n) **DEA Special Agent**
Official Title

and that this complaint is based on the following facts:

See Affidavit of DEA Special Agent Steven C. Story attached hereto and incorporated by reference herein

Continued on the attached sheet and made a part hereof: [x] Yes [ ] No

_____
Signature of Complainant
Steven C. Story
DEA Special Agent

Sworn to before me and subscribed in my presence,

**April 13, 2004** at **Boston, Massachusetts**
Date                              City and State

MARIANNE B. BOWLER
**Chief U.S. Magistrate Judge**        _____
Name and Title of Judicial Officer        Signature of Judicial Officer