UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA,  )
     Plaintiff,          )
                       )
       v.            )      CRIMINAL NO. 04-10168-PBS
                       )
ADAM ELLARD, et. al,      )
     Defendant.   Here   )
_____)

**MOTION TO APPROVE EXPENSE**

Defendant Norman Barnes hereby moves that the Court authorize his counsel to expend

$85.58 for copies of tapes made at The Duplicating Center.

                              Respectfully submitted,

                              /S/ *Max D. Stern*
                              Max D. Stern
                              BBO No. 479560
                              Stern, Shapiro, Weissberg
                               & Garin, LLP
                              90 Canal Street, Suite 500
                              Boston, MA 02114-2022
                              (617) 742-5800

Dated: October 29, 2004

G:\SSWG\BARNES, NORMAN\approve expense mot.wpd