

**STERN
SHAPIRO
WEISSBERG
& GARIN LLP**
attorneys at law

Max D. Stern
Jonathan Shapiro
Lynn G. Weissberg
Patricia Garin
Martin F. Levin
Kenneth M. Resnik
Lillian Hirales

November 3, 2004

Robert Alba
Deputy Clerk
U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

    Re: United States v. Adam Ellard, et al.
       C.A. No. 04-10168-PBS
       <u>Motion of Defendant Norman Barnes</u>

Dear Mr. Alba:

  This is to follow up the hearing held on Monday in which the defendant sought review of his detention order.

  Would you kindly please inform Judge Saris that, contrary to our discussion at the hearing, the defendant was <u>not</u> on any form of probation at the time of the incident alleged in the indictment in this case. On October 8, 2002, the defendant was sentenced to one year in the House of Correction for the offenses of breaking and entering into a motor vehicle and possession of burglarious tools. On January 13, 2003, he was sentenced to 6 months on and after the previous sentence, for simple possession of a Class B substance. When he was finished serving these two sentences, he was no longer on any form of supervision. The docket face sheets for those cases are enclosed.

  He was arrested for the offense now pending in Suffolk County on March 29, 2002, and was on bail from that charge when he was arrested for the offense alleged in this indictment.

                 Yours truly,

                 Max D. Stern

cc. David Tobin, Assistant United States Attorney

| CRIMINAL DOCKET | DOCKET NO 0002CR003284 | ATTORNEY NAME | DOCKET ENTRY |
|---|---|---|---|
| COURT DIVISION: Roxbury | ☐ INTERPRETER REQUIRED | DATE and JUDGE | ☑ Attorney appointed (SJC R. 3:10) <br> ☐ Atty denied and Deft Advised per 211D §2A <br> ☐ Waiver of counsel found after colloquy |
| NAME, ADDRESS AND ZIP CODE OF DEFENDANT <br> BARNES, NORMAN <br> 20 FOWLER ST. #2 <br> DORCHESTER, MA | | JUL 1 1 2000 <br> N6 <br> JUL 1 1 2000 <br> JUL 1 1 2000 | Terms of release set: <br> ☐ PR ☑ Bail: 100 cash (B) <br> ☐ Held (276 §58A) <br> ☐ See back for special conditions <br> Arraigned and advised: <br> ☑ Potential of bail revocation (276 §58) <br> ☐ Right to bail review (276 §58) <br> ☐ Right to drug exam (111E §10) |
| DEFT. DOB AND SEX <br> 02/22/1983   M | | | |
| DATE OF OFFENSE(S) <br> 07/10/2000 | PLACE OF OFFENSE(S) <br> ROXBURY | | Advised of right to jury trial: <br> ☐ Does not waive <br> ☑ Waiver of jury trial found after colloquy |
| COMPLAINANT <br> LINSKEY, DANIEL | POLICE DEPARTMENT (if applicable) <br> BOSTON PD AREA B-2 | OCT 2000 | |
| DATE OF COMPLAINT <br> 07/11/2000 | RETURN DATE AND TIME <br> 07/11/2000 09:00:00 | | Advised of trial rights as pro se (Supp. R. 4) <br> Advised of right of appeal to Appeals Ct (R. 28) |

**COUNT/OFFENSE**
1. 266/18/B B&E DAYTIME FOR FELONY c266 §18

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | 60 ☐ WAIVED |

DISPOSITION DATE and JUDGE: OCT 1 0 2000  Leary, J.
DISPOSITION METHOD: ☑ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☐ None of the Above
FINDING: ☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause
SENTENCE OR OTHER DISPOSITION: ☐ Sufficient facts found but continued without guilty finding until: ☐ Probation ☐ Pretrial Probation (276 §87) - until: ☐ To be dismissed upon payment of court costs/restitution ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of Victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other: ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)
FINAL DISPOSITION: ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged

1 year SCHC
SS 2 years 10-9-02
Rest $95
PSF SC/10
First Three mos waived

**COUNT/OFFENSE**
2. 266/49/B BURGLARIOUS INSTRUMENT, POSSESS c266 §4

DISPOSITION DATE and JUDGE: OCT 1 0 2000  Leary, J.
DISPOSITION METHOD: ☑ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
FINDING: (same options)
Conc w/ 1

**COUNT/OFFENSE**
3. 266/60/A RECEIVE STOLEN PROPERTY +$250 c266 §60

DISPOSITION DATE and JUDGE: OCT 1 0 2000  Leary, J.
DISPOSITION METHOD: ☑ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
SENTENCE: ☑ Request of Deft ☑ Filed with Deft's consent
Filed w/o change of plea

**COUNT/OFFENSE** 1 + 2

DISPOSITION DATE and JUDGE: OCT 0 8 2002
Δ stipulates to VOP
Court orders SS revoked
1 yr SCHC
committed
Nunc Pro Tunc to 3/29/02

| A TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | COURT ADDRESS <br> Roxbury District Court <br> 85 Warren Street <br> Roxbury, MA 02119 | ADDITIONAL COUNTS ATTACHED |

| CRIMINAL DOCKET | 0207CR000993 | | | DATE and JUDGE | DOCKET ENTRY |
|---|---|---|---|---|---|
| COURT DIVISION: Dorchester | ☐ INTERPRETER REQUIRED | | | mle 2-11-02 | ☐ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied and Deft Advised per 211D §2<br>☐ Waiver of counsel found after colloquy |
| NAME, ADDRESS AND ZIP CODE OF DEFENDANT<br>BARNES, NORMAN<br>7 HOWE ST<br>DORCHESTER, MA 02124 | | | | | Terms of release set:<br>☐ PR ☐ Bail:<br>☐ Held (276 §58A)<br>☐ See back for special conditions |
| | | | | | Arraigned and advised:<br>☒ Potential of bail revocation (276 §58)<br>☒ Right to bail review (276 §58)<br>☐ Right to drug exam (111E §10) |
| DEFT. DOB AND SEX<br>02/22/1983    M | | | | | |
| DATE OF OFFENSE(S)<br>02/09/2002 | PLACE OF OFFENSE(S)<br>DORCHESTER | | | | Advised of right to jury trial:<br>☐ Does not waive<br>☐ Waiver of jury trial found after colloquy |
| COMPLAINANT<br>MITCHELL, P.O. W. | POLICE DEPARTMENT (if applicable)<br>BOSTON PD AREA C-3 | | | | |
| DATE OF COMPLAINT<br>02/11/2002 | RETURN DATE AND TIME<br>02/11/2002 09:00:00 | | | | Advised of trial rights as pro se (Supp. R. 4)<br>Advised of right of appeal to Appeals Ct (R. 28) |

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| 1. 94C/32A/G DRUG, POSSESS TO DISTRIB CLASS B c94C § *Amended: loss only* | | | | | ☐ WAIVED |

DISPOSITION DATE and JUDGE: Coffey 1-13-03

DISPOSITION METHOD:
☒ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

FINDING:
☐ Not Guilty
☒ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

SENTENCE OR OTHER DISPOSITION:
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation    ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon: ☐ Request of Comm.  ☐ Request of Victim
     ☐ Request of Deft  ☐ Failure to prosecute  ☐ Other:
☐ Filed with Deft's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C)

6 MONTHS HOFC COMMITTED ON & AFTER 0002CR3284

FINAL DISPOSITION | JUDGE | DATE
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| 2. 94C/32J DRUG VIOLATION NEAR SCHOOL/PARK c94C §32 | | | | | ☐ WAIVED |

DISPOSITION DATE and JUDGE: Coffey 1-13-03

DISPOSITION METHOD:
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

FINDING:
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

SENTENCE OR OTHER DISPOSITION:
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation    ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☒ Dismissed upon: ☒ Request of Comm.  ☐ Request of Victim
     ☐ Request of Deft  ☐ Failure to prosecute  ☐ Other:
☐ Filed with Deft's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C)

COURT ADDRESS:
Dorchester District Court
510 Washington Street
Dorchester, MA 02124

A TRUE COPY ATTEST: X _____ CLERK-MAGISTRATE/ASST CLERK    ON (DATE)