UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10168-PBS |
| v. | |
| NORMAN BARNES | |

### NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                                          December 8, 2004

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **December 13, 2004**, at **2:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE:** Defense counsel is to contact U.S. Probation and make arrangements to meet with the probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as much time as necessary for the interview process as it takes approximately two hours.


                By the Court,


                /s/ Robert C. Alba
                Deputy Clerk


Copies to:  All Counsel

Case 1:04-cr-10168-PBS     Document 66     Filed 12/08/2004     Page 2 of 2