UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10168-PBS

v.

NORMAN BARNES

### NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                                                                              January 14, 2005

      The Sentencing previously scheduled for January 18, 2005 , has been **rescheduled** to **February 7, 2005, at 2:00 p.m.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc