UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.   04-10168-PBS

v.

NORMAN BARNES

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                                              January 27, 2005

The Sentencing previously scheduled for February 7, 2005, has been **rescheduled** to **February 18, 2005, at 2:00 p.m.**

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc