UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
UNITED STATES OF AMERICA,   )
        Plaintiff,          )
                            )
        v.                  )      CRIMINAL NO. 04-10168-PBS
                            )
NORMAN BARNES,              )
        Defendant.          )
_____)
```

**DEFENDANT NORMAN BARNES OPPOSITION
TO GOVERNMENT'S MOTION TO SEAL**

Defendant Norman Barnes opposes the government's Motion to Seal its sentencing memorandum in this case. The stated basis of the government's motion is its desire to conceal the cooperator status of Adam Ellard. Unfortunately, this would be a futile exercise, since Ellard's status has already been publicly disclosed by his testimony and the documents on public file, including the witness list and Ellard's plea agreement, not to mention the government's motion to seal itself. Defendant opposes the motion to seal because if the government's memorandum is sealed, then, presumably, responsive documents will have to be sealed as well, at least in large part, thus creating a complicated and burdensome task for the defendant and the Court, with no real purpose to be served.

Respectfully submitted,

/s/ *Max D. Stern*
Max D. Stern
BBO No. 479560
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: February 2, 2005      G:\SSWG\BARNES, NORMAN\Opposition to seal motion.wpd

Case 1:04-cr-10168-PBS   Document 114   Filed 02/02/2005   Page 2 of 2