# EXHIBIT D

Case 1:04-cr-10168-PBS    Document 116-5    Filed 02/08/2005    Page 1 of 6

# REPORT OF INVESTIGATION

Page 1 of 5

| 1. Program Code | 2. Cross File  Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: S/A David DiTullio  At: Boston FD-Group 2 | ☐ ☐ ☐ ☐ | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | ☐ | 8. Date Prepared  04/13/04 | |

9. Other Officers: DEA G/S Guerard, S/A's Story, Sawyer, Genese, Fisher, Karamourtopoulos, Desmond, CATF Det's Conners, Marr, Calcano, Sucharski, Aguilar, BPD Det.Gallarelli.

10. Report Re: Undercover (UC) purchase of Ex# 76 by S/A DiTullio from Adam ELLARD and Tavon ROBINSON on 04-12-04 in Dorchester, MA. Acquisition of Ex# N-153.

## SYNOPSIS

On 04-12-2004, S/A DiTullio (acting in an undercover capacity) met with Adam ELLARD and purchased Ex# 76 from Tavon ROBINSON for $2,350 Official Advance Funds (OAF) in Dorchester, MA.

## DETAILS

1. (Reference is made to the DEA 6 by S/A Sawyer entitled Arrest of Adam ELLARD, Willie HESTER, Steven TUCKER, Norman BARNES and Tavon ROBINSON and the acquisition of Ex# 76 on 04-12-04). On 04-08-04 and 04-12-04, S/A DiTullio (acting in an undercover capacity) placed consensually recorded telephone calls (Reference is made to Ex# N-153) to Adam ELLARD at 617-265-9370 to arrange the purchase of 2 ounces of crack-cocaine on 04-12-2004. In sum and substance, ELLARD stated that he would sell S/A DiTullio 2 ounces of crack-cocaine for $2,350. ELLARD told S/A DiTullio that this crack would be better than the last crack which he sold S/A DiTullio (Reference is made to Ex# 55). S/A DiTullio arranged to meet ELLARD at the Bickford's Restaurant parking lot located adjacent to the South Bay shopping center in Dorchester, MA on 04-12-04 at approximately 5:00 p.m. (NOTE: ELLARD was initially known to S/A DiTullio as Adam LNU. Adam LNU was subsequently identified by MET agents as Adam ELLARD after his arrest on 04-12-04).

2. On 04-12-04, S/A DiTullio met with above mentioned agents/officers in anticipation of the purchase of 2 ounces of crack-cocaine from Adam

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  S/A David M. DiTullio | 13. Date  4-14-04 |
|---|---|---|
| | 14. Approved (Name and Title)  Richard W. Guerard  Group Supervisor, Group 2 | 15. Date  4-15-04 |

DEA Form - 6
(Jul. 1996)
    dmduc.doc
1 - Prosecutor

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4.<br>Page 2 of 5 | | |
| 5. Program Code | 6. Date Prepared<br>04/13/04 | |

ELLARD and the arrest of ELLARD in Dorchester, MA. At this time, S/A DiTullio was outfitted with $2,350 Official Advance Funds (OAF) and a monitoring/recording device which was monitored/recorded by S/A's Story and Sawyer. S/A DiTullio placed telephone calls to ELLARD to confirm a meeting time of 5:00 p.m. Upon making telephonic contact with ELLARD, he told S/A DiTullio, in sum and substance, that he was waiting for a ride to bring him to the Bickfords Restaurant.

3. At approximately 5:20 p.m., S/A DiTullio rode in the UC vehicle from the pre-determined meet location to the area of the Bickford's Restaurant lot. S/A DiTullio subsequently made telephonic contact with ELLARD several times as ELLARD repeatedly stated that he would be arriving shortly. At approximately 7:23 p.m., S/A DiTullio received an incoming telephone call from (telephone# 617-388-5713) ELLARD who told S/A DiTullio that he was around the corner and would be at the Bickfords momentarily.

4. At approximately 7:30 p.m., S/A DiTullio observed a black Honda Civic pull into the Bickford's lot and park a short distance to the left of the UC vehicle. At this time, S/A DiTullio observed ELLARD exit the Honda, approach and enter the passenger side of the UC vehicle. S/A DiTullio greeted ELLARD, who proceeded to ask S/A DiTullio for the money so that he could count it. ELLARD stated, in sum and substance, that "things were going to be a little different today". S/A DiTullio extracted the $2,350 OAF and handed it to ELLARD, who proceeded to count the money several times. ELLARD extracted approximately half of the money from the $2,350 and held it in one hand and handed the other half back to S/A DiTullio. ELLARD indicated to S/A DiTullio that he came with two (2) vehicles and continued to point toward the black Honda and a silver Ford Focus (bearing a NH registration) which was parked a short distance behind the UC vehicle.

5. ELLARD initially told S/A DiTullio that the drugs were in both vehicles and then proceeded to point toward the Ford Focus and state that he needed to take half the money to the Focus to show it to the occupants in order to retrieve the drugs from them. At this time, S/A DiTullio refused to give ELLARD the money without seeing the crack-cocaine and told him that he did not do business that way. ELLARD stated, in sum and

DEA Form -6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |

4.
Page 3 of 5

| 5. Program Code | 6. Date Prepared 04/13/04 |
|---|---|

substance, that "these guys were "hinky" and wanted to see the money". ELLARD gave the money which he was holding back to S/A DiTullio and stated that he would go talk to his guys.

6. ELLARD exited the UC vehicle and proceeded to walk toward the black Honda and talk to the occupant located in the driver's side of the vehicle (The operator of the Honda was subsequently identified as Willie HESTER). After a brief period of time, S/A DiTullio observed ELLARD walk from the black Honda to the silver Ford Focus, lean in the front passenger side window and converse with the occupants of the vehicle (the occupants of the vehicle were subsequently identified as Tavon ROBINSON-operator, Steven TUCKER-front passenger and Norman BARNES-rear seat).

7. After several minutes passed, S/A DiTullio observed ELLARD walk from the Ford Focus to the UC vehicle and subsequently enter it. ELLARD instructed S/A DiTullio to back the UC vehicle directly behind the Ford Focus, which S/A DiTullio proceeded to do. Upon parking the UC vehicle back to back with the Ford Focus, ELLARD asked S/A DiTullio to give him the money and S/A DiTullio could watch ELLARD leave the UC vehicle and be right behind him at the Ford Focus. S/A DiTullio disagreed with this and told ELLARD that he wanted to see the two (2) ounces of crack-cocaine before he was going to give ELLARD the money. ELLARD told S/A DiTullio, in sum and substance, that he would not lose his money, to which S/A DiTullio still did not agree with. ELLARD also told S/A DiTullio, in sum and substance, that he had not "shorted" S/A DiTullio in the past and that S/A DiTullio could trust him.

8. ELLARD proceeded to exit the UC vehicle, approach the front passenger side of the silver Ford Focus and proceed to converse with the occupants. After a brief period of time, S/A DiTullio leaned out of the driver's window of the UC vehicle and told ELLARD that he was going to move the UC vehicle to a different area within the Bickford's lot. At this time, S/A DiTullio moved the UC vehicle a short distance to the left of the Ford Focus. At this time, S/A DiTullio observed the black male driver (subsequently identified as ROBINSON) of the Focus exit the vehicle, walk to the front hood area of the vehicle, proceed to lift the hood approximately ¼ open and extract what appeared to be an

DEA Form -6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title | |
| 4. Page 4 of 5 | | |
| 5. Program Code | 6. Date Prepared 04/13/04 | |

unidentified object from under the hood and place it in his jacket pocket. (S/A DiTullio observed ROBINSON to be wearing a dark colored jacket and baseball hat)

9. S/A DiTullio observed ROBINSON walk from the front hood area of the vehicle and lean into the driver's side of the Focus which had remained open from when he exited the vehicle. S/A DiTullio observed ROBINSON proceed to walk from the area of the Focus toward the UC vehicle, with his right hand tucked inside of his jacket pocket. At this time, ROBINSON approached the passenger side window of the UC vehicle and proceeded to lean in the window. S/A DiTullio observed ROBINSON extract a clear plastic bag from his jacket pocket and place it on the front passenger seat of the UC vehicle. S/A DiTullio observed ROBINSON pick through the plastic bag, extract a second plastic bag containing a white rock-like substance and place it on the front passenger seat of the UC vehicle. During this time, S/A DiTullio observed two smaller baggies containing beige rock like substances within the outer plastic baggie. ROBINSON proceeded to place the outer plastic baggie back into his jacket pocket. ROBINSON stated, in sum and substance, that "this was taking way too long".

10. S/A DiTullio proceeded to hand ROBINSON the $2,350 OAF and observed ROBINSON walk away from the UC vehicle toward the Ford Focus. At this time, S/A DiTullio relayed to surveillance agents that he had received a bag from ROBINSON which contained the white rock-like substance. S/A DiTullio proceeded to drive the UC vehicle from the area to a remote location.

## DESCRIPTION AND CUSTODY OF DRUG EVIDENCE

Ex# 76 is described as one clear plastic bag containing a white rock-like substance. Ex# 76 was obtained by S/A DiTullio from Tavon ROBINSON for $2350 OAF on 04-12-04 in Dorchester, MA. On 04-12-04, S/A DiTullio processed Ex#76 and secured the exhibit at NEFD drug vault. On 04-13-04, S/A Fisher took custody of Ex# 76 from NEFD drug vault and subsequently mailed the exhibit to NERL via registered mail.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4.<br>Page 5 of 5 | | |
| 5. Program Code | 6. Date Prepared<br>04/13/04 | |

### DESCRIPTION AND CUSTODY OF NON-DRUG EVIDENCE

Ex# N-153 is described as one 90 min audio cassette containing consensually recorded telephone conversations between S/A DiTullio and Adam LNU on 04-08-04 and 04-12-04. Ex# N-153 was obtained by S/A DiTullio and processed by S/A DiTullio on 04-12-04. On 04-12-04 S/A DiTullio secured said exhibit until such a time the exhibit was submitted to NEFD non-drug evidence custodian.

### INDEXING

1. ELLARD, Adam

2. HESTER, Willie

3. TUCKER, Steven

4. ROBINSON, Tavon

5. BARNES, Norman

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.