# EXHIBIT E

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | Case No. |
| JOHN DOE. | |

Federal Grand Jury
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts

Thursday
May 20, 2004

APPEARANCE: DAVID TOBIN & MICHAEL J. PELGRO
Assistant U.S. Attorneys

WITNESS: KEVIN SAWYER

ORIGINAL

2

INDEX

WITNESS PAGE

Kevin Sawyer

Examination by Mr. Tobin 3

*APEX Reporting*
(617) 426-3077

Q And that would be Willy Hester?

A Yes.

Q He's the only other individual in that black car?

A Correct.

Q At some point then does Adam Ellard leave the black Honda and Willy Hester and walk over to the silver Ford?

A Yes.

Q When he gets over to the silver Ford, the three individuals you've described are still in the silver Ford?

A Yes.

Q Does he have a conversation with them?

A Yes.

Q What ---

A He goes to the passenger side of the Ford and leans into the front passenger side window and appears to be engaged in a conversation with all of the occupants.

Q At some point then did he left the silver Ford and go back to Special Agent Ditullio's vehicle?

A Yes.

Q What happens then?

A He gets back into the car with Agent Ditullio and tries to convince Agent Ditullio that he ought to give the money to Ellard so Ellard can show the money to his people.

Q And, again, Ditullio is not buying off?

Q --- this black car and ---

A Yes.

Q --- the silver car and Ditullio's car?

A Yes.

Q As he is -- does he then engage in conversation with the three individuals in the silver car?

A Correct. Back to the passenger side, front window, he leans forward into the passenger window and conversation appears from my -- my vantage point, Agent Story was with me and others, that there was a mutual conversation going on inside that vehicle.

Q Now let me ask you this: At some point then does Dave Ditullio, Special Agent Ditullio, move his undercover car further away from the silver Ford? He relocates his car?

A Yes. The determination was made by myself and the supervisor that there was too much hocus-pocus going on in the transaction and it wasn't looking, it wasn't looking like it was going to be a cordial type transaction, so that we thought for Agent Ditullio's safety, that he relocate. So Agent Ditullio leaned out the window and yelled back to Ellard, I'm going to move a short distance and park a little bit over to the side of the restaurant again.

Q So your answer seems to suggest you had some way to communicate with Special Agent Ditullio. Were you able