# EXHIBIT F

Case 1:04-cr-10168-PBS    Document 116-7    Filed 02/08/2005    Page 1 of 7

1

I
1 - 20

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    VS.<br><br>JOHN DOE. | Case No. |

Federal Grand Jury
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts

Thursday
May 6, 2004

APPEARANCE: DAVID G. TOBIN
             MICHAEL J. PELGRO
             Assistant U.S. Attorneys

WITNESS: LLOYD POWELL

ORIGINAL

*APEX Reporting*
(617) 426-3077

1   Q   Well, Sophie and her children live on Apple
2   Street, in Brockton?
3   A   Yes.
4   Q   Do you have occasion to visit Sophie and the kids
5   on Apple Street; do you go there occasionally?
6   A   On occasion, I go by, but most of the time, you
7   know, they be in Boston.
8   Q   Who's he?
9   A   My two daughter and my son.
10  Q   They're usually, do they live in Brockton?
11  A   Yes.
12  Q   But they spend a lot of time in Boston.  Well, do
13  you ever go to Brockton?
14  A   Once in a while.
15  Q   When you've gone to Brockton, have you seen the
16  black Honda?
17  A   Most of the time I got there, I don't ever see the
18  black Honda.
19  Q   Have you ever seen the black Honda in Boston?
20  A   Yes, I seen it.
21  Q   Who drives it?
22  A   This boy Wil drive it sometime.
23  Q   Who, I'm sorry, who?
24  A   Wil.
25  Q   Wil, who is Wil; is he one of your children?

*APEX Reporting*
(617) 426-3077

1    A    No. He's a friend to Norman.
2    Q    He's a friend of Norman's. Well, when Wil drives
3 the black Honda, is Norman in the car?
4    A    He be in there with him, yes.
5    Q    And how often do you see Wil and Norman in the
6 black Honda?
7    A    Not often.
8    Q    How many times, have you seen him only in Boston
9 in the car or other places as well?
10   A    I seen them in Boston one or two times. That's
11 it.
12   Q    One or two times. Okay. When was that?
13   A    It's like March, I think.
14   Q    March. Okay. And did you say to him, Norman,
15 your mom gave you the car? How old is Norman?
16   A    Twenty-one.
17   Q    Okay. Did you make any inquiry, ask him any
18 questions about how he got to be driving his mother's car in
19 Boston?
20   A    Yes. I told him, I said, why you be driving the
21 car?
22   Q    And what did he say?
23   A    He said, my mom let me have it, you know, to, you
24 know, take the kids around.
25   Q    Take the what, the kids or the keys; what did you

```
 1   say?
 2        A    The kids, kids.
 3        Q    The kids. Well, were the kids in the car though
 4   when you saw him in it?
 5        A    No. I just see him driving it.
 6        Q    Well, then just so it's clear. Who's driving it;
 7   is he driving it or is his friend driving it?
 8        A    Well, both of them, you know, take turn because,
 9   you know, both of them had a license.
10        Q    Okay. All right. All right. Who, and, I'm
11   sorry, who's this friend's name?
12        A    I think his friend name Wil.
13        Q    Wil. Okay.
14        A    He's locked up with him, too.
15        Q    I'm sorry? "He's locked up with him, too"; is
16   that what you said?
17        A    Yeah.
18        Q    Is that Willie Hester?
19        A    Probably so.
20        Q    What did, how did he, what did he, what did he
21   refer to him as?
22        A    His name Wil. I don't know--
23        Q    Okay. But the Wil that you've seen in the black
24   Honda with your stepson, Norman, your understanding is he's
25   locked up with him right now?
```

APEX Reporting
(617) 426-3077

1     A    Yes.
2     Q    But you don't know if his last name is Hester?
3     A    I don't know his last name.
4     Q    And how--
5     A    I just know his name by Wil.
6     Q    Okay.
7     A    I never know his name.
8     Q    Well, you knew his name was Wil?
9     A    Wil, yeah.
10    Q    Did Wil introduce himself, hi, I'm Wil, or did
11   Norman say, this is Wil?
12    A    He introduce himself, my name is Wil.
13    Q    Did he ever use the name or did Norman ever refer
14   to him as Little Willie?
15    A    I don't think so.
16    Q    And so it's Wil who's locked up with Norman.  He
17   and Norman had been seen in the car in Boston by you in
18   March?
19    A    Yeah, I seen them in March driving the car.
20    Q    The same black Honda?
21    A    (No verbal response.)
22    Q    Is that a yes, sir?
23    A    (No verbal response.)
24    Q    You shook your head.  Is that a yes?
25    A    Yes, yes.

1    Q    Okay. And that was in Boston?

2    A    Yes.

3    Q    And I think we've gone over this, but I don't know
4  if you actually vocalized an answer. Wil and your, as
5  you've described, stepson Norman, are they friends?

6    A    Yes, they friends.

7    Q    And you've seen them together?

8    A    Yes, I seen them together.

9    Q    And, in fact, Wil has driven Sophie's car with,
10 with Norman; is that accurate?

11   A    Yeah, I see them together, and I seen Wil by
12 himself, you know, driving the black Honda.

13        MR. TOBIN: Oh, all right. Okay. Any other, any
14 questions for this witness, ladies and gentlemen?

15        (No response.)

16        MR. TOBIN: Thank you, sir, very much for coming
17 in today. We're all done.

18        GRAND JUROR: Thank you for coming in.

19        (Whereupon, at 12:55 p.m., May 6, 2004, the
20 witness was excused.)

*APEX Reporting*
(617) 426-3077