# EXHIBIT G

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA, | Case No. |
| --- | --- |
| VS. | |
| JOHN DOE. | |

Federal Grand Jury
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts

Thursday
May 6, 2004

APPEARANCE:   DAVID G. TOBIN
              MICHAEL J. PELGRO
              Assistant U.S. Attorneys

WITNESS:      SOPHIE BARNES

ORIGINAL

*APEX Reporting*
(617) 426-3077

1    Q    Okay.  So you rented the second floor apartment?
2    A    Yes, sir.
3    Q    He rented the third floor apartment?
4    A    Yup.
5    Q    And with whom did he live, if anyone else?
6    A    My sister and my nephew, my sister and my nephew
7    and his girlfriend.
8    Q    And, again, just so it's clear in my mind, you
9    indicated that the black Honda you paid for, you drove it.
10   Did you also say, who else drove it?
11   A    Willie Hester drove it.
12   Q    And, and Norman Barnes?
13   A    Yeah.
14   Q    Your son?
15   A    Um-hum.
16   Q    Who is Willie Hester?
17   A    He's my son's friend.
18   Q    How long has your son Norman known Willie Hester?
19   A    He know him for a long time.
20   Q    Was he also, have you lived in Brockton for a long
21   time?
22   A    No.  Two years.
23   Q    Oh, where did you live prior--
24   A    Two years and some change--
25   Q    --to that?

APEX Reporting
(617) 426-3077

24        Perhaps you don't know that. You indicated
25   that you let Willie Hester drive your car--

APEX Reporting
(617) 426-3077

PAge 12

1   A   Um-hum--

2   Q   --and your son Norman drive the car?

3   A   Yeah.

4   Q   How frequently -- and you only had it for a short,
5   relatively short period of time?

6   A   Any time he asks. He got a license.

7   Q   Any time he Willie asked, he could drive the car?

8   A   Yup, if I wasn't using it, yup.

9   Q   Okay. And the same is true with your son?

10  A   Yup.

11  Q   So how often did Willie and your son drive the
12  car?

13  A   Whenever I let them use it. Whenever I say park
14  it, you park it.

15  Q   Okay. All right. Let me ask you some questions
16  then, ma'am, specifically, about April 12, 2004. That's the
17  day that Willie and Norman were actually arrested in
18  Dorchester. You're aware that the car, the car was in
19  Dorchester?

20  A   Yeah.

21  Q   At the site of the arrest?

22  A   Yeah.

23  Q   Tell us about that day--

24  A   Can't tell you nothing about that day.

25  Q   Okay.

*APEX Reporting*
(617) 426-3077

BARNES - 05/06/04                                          15

1   A   Why--
2   Q   --so many cars?
3   A   Because I like to drive.
4   Q   Okay. All right. So it's clear, the Honda that
5   was at the scene of your son's arrest, did you buy that for
6   your son to drive?
7   A   No. I bought it for myself.
8   Q   Okay, but would allow your son--
9   A   We share the cars.
10  Q   Okay. All of the cars?
11  A   We share them, yup.
12  Q   Okay. All right. So you're telling us that, on
13  the date your son and Willie were arrested, you saw your son
14  that morning?
15  A   Um-hum.
16  Q   You then went to Boston?
17  A   Yeah.
18  Q   And where was Willie when you left the home to go
19  to Boston?
20  A   I don't know.
21  Q   Okay.
22  A   Because I didn't see him.
23  Q   Where was your son when you left the home to go to
24  Boston?
25  A   He was upstairs.

APEX Reporting
(617) 426-3077