EXHIBIT H

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 04-CR-10168-PBS |
| | ) | |
| v. | ) | **VIOLATIONS:** |
| | ) | |
| (1) ADAM ELLARD | ) | 21 U.S.C. § 846 - |
| (2) WILLIE HESTER | ) | Conspiracy to Possess with Intent |
| (3) TAVON ROBINSON | ) | to Distribute, and to Distribute, |
| (4) STEVEN TUCKER | ) | Cocaine |
| | ) | |
| Defendants. | ) | 21 U.S.C. § 841(a)(1)- |
| | ) | Possession With Intent To |
| | ) | Distribute and Distribution of |
| | ) | Cocaine Base |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession With Intent To |
| | ) | Distribute and Distribution of |
| | ) | Cocaine |
| | ) | |
| | ) | 18 U.S.C. § 2 - |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) - |
| | ) | Felon in Possession of a Firearm |
| | ) | |
| | ) | 18 U.S.C. § 924(c)(1) - Possession |
| | ) | of a Firearm in Furtherance of |
| | ) | a Drug Trafficking Offense |
| | ) | |
| | ) | 21 U.S.C. § 853 - |
| | ) | Criminal Forfeiture Allegation |

## SUPERSEDING INDICTMENT

**COUNT ONE:**    **(21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine)**

The Grand Jury charges that:

In or about April 2004, at Boston and elsewhere in the District of Massachusetts,

**1. ADAM ELLARD,**

**2. WILLIE HESTER,**
**3. TAVON ROBINSON, and**
**4. STEVEN TUCKER,**

defendants herein, did knowingly and intentionally combine,

conspire, confederate, and agree with each other, and with other

persons unknown to the Grand Jury, to distribute and to possess

with intent to distribute cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

All in violation of Title 21, United States Code, Section

846.

-2-

COUNT TWO:      (21 U.S.C. §841(a)(1)- Possession with Intent to
                Distribute and Distribution of Cocaine Base)

The Grand Jury further charges that:

    On or about March 9, 2004, at Boston, in the

District of Massachusetts,

                    1. ADAM ELLARD,

defendant herein, did knowingly and intentionally distribute, and

possess with intent to distribute, cocaine base, commonly known

as "crack" cocaine, a Schedule II controlled substance.

    The Grand Jury further charges that the offense described

herein involved 5 grams or more of a mixture or substance

containing a detectable amount of cocaine base, in violation of

Title 21, United States Code, Section 841(b)(1)(B)(iii).

    All in violation of Title 21, United States Code, Section

841(a)(1).

<u>**COUNT THREE**</u>:     **(21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute and Distribution of Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about April 12, 2004, at Boston, in the District of Massachusetts,

> **1. ADAM ELLARD,**
> **2. WILLIE HESTER,**
> **3. TAVON ROBINSON, and**
> **4. STEVEN TUCKER,**

defendants herein, did knowingly and intentionally distribute and possess with intent to distribute cocaine, a schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT FOUR:    (18 U.S.C. § 922(g)(1) - Felon in Possession of
               Firearms)

The Grand Jury further charges that:

On or about April 12, 2004, at Boston, in the District of
Massachusetts,

### 3. TAVON ROBINSON,

defendant herein, did knowingly and intentionally possess

firearms, to wit: (1)a Ruger P89, nine-millimeter semi-automatic

pistol bearing serial number 315-10946 and (2) a Lorcin nine-

millimeter semi-automatic pistol bearing serial number L105037,

in and affecting foreign and interstate commerce, after having

been convicted in a court of a crime punishable by a term

exceeding one year.

All in violation of Title 18, United States Code, Section
922(g)(1).

<u>COUNT FIVE</u>:       **(18 U.S.C. § 924(c)(1)(A) - Possession of a Firearm In Furtherance of a Drug Trafficking Offense)**

The Grand Jury further charges that:

On or about April 12, 2004, at Boston, in the District of Massachusetts,

### 3. TAVON ROBINSON,

defendant herein, did knowingly and intentionally possess firearms, to wit: (1)a Ruger P89, nine-millimeter semi-automatic pistol bearing serial number 315-10946 and (2) a Lorcin nine-millimeter semi-automatic pistol bearing serial number L105037, in furtherance of drug trafficking crimes, to wit: the offenses alleged in Counts One and Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1).

**FORFEITURE ALLEGATION:**    (21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts 1 through 3 of this Indictment,

        **1. ADAM ELLARD,**
        **2. WILLIE HESTER,**
        **3. TAVON ROBINSON, and**
        **4. STEVEN TUCKER,**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants –

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

-7-

other property of the defendants up to the value of the property
described in paragraph 1.

All in violation of Title 21, United States Code, Section
853.

## NOTICE OF ADDITIONAL FACTORS

The grand Jury further finds:

1.   As to the offenses charged in Counts One through Three of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Adam Ellard is accountable for a quantity of cocaine base ("crack") and cocaine that, when converted to marijuana as provided by USSG § 2D1.1 (drug equivalency table), is equivalent to at least 100 kilograms of marijuana but less than 400 kilograms of marijuana.  Accordingly, USSG § 2D1.1(c)(7) applies to this defendant.

2.   The defendant ADAM ELLARD, at the time of the offenses charged in this indictment, was a career offender.  Accordingly, USSG §2D1.1 applies to this defendant.

3.   As to the offenses charged in Counts One and Three of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Willie Hester is accountable for at least 25 grams but less than 50 grams of cocaine Accordingly, USSG § 2D1.1(c)(13) applies to this defendant.

4.   As to the offenses charged in Counts One and Three in this Indictment, the defendant Willie Hester was an organizer, leader, manager, and supervisor of a criminal activity that involved five or more participants and was otherwise extensive. Accordingly, USSG §3B1.1(a) applies to this defendant.

5.   As to the offenses charged in Counts One and Three

-9-

of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Tavon Robinson is accountable for at least 25 grams but less than 50 grams of cocaine.  Accordingly, USSG § 2D1.1(c)(13) applies to this defendant.

6.    As to the offenses charged in Counts One and Three of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Steven Tucker is accountable for at least 25 grams but less than 50 grams of cocaine.  Accordingly, USSG § 2D1.1(c)(13) applies to this defendant.

TRUE BILL


_____

FOREPERSON OF THE GRAND JURY


_____
DAVID G. TOBIN
Assistant U.S. Attorney


    DISTRICT OF MASSACHUSETTS; December ____, 2004.

    Returned into the District Court by the Grand Jurors and

filed.

_____
DEPUTY CLERK  12/16/04

at 3:55 PM


-11-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** II _____  **Investigating Agency** DEA _____

**City** Boston _____  **Related Case Information:**

**County** Suffolk _____  Superseding Ind./ Inf. __X_____  Case No. __04-CR-10168 PBS__
Same Defendant __X_____  New Defendant _____
Magistrate Judge Case Number __04-817-MBB__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Tavon Robinson _____  Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  150 Staniford Street, Boston, MA _____

Birth date (Year only): 1979  SSN (last 4 #): 9049  Sex M  Race: Black _____  Nationality: USA _____

**Defense Counsel if known:** Roger Cox, Esquire _____  **Address:** 30 Main Street, Suite 9 _____
Ashland, MA _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Michael J. Pelgro; David G. Tobin _____  Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No  List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested  ☐ Regular Process  ☒ In Custody

**Location Status:**

Arrest Date: April 12, 2004 _____

☒ Already in Federal Custody as  April 13, 2004 _____  in  USMS _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☒ Felony  4 counts

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: Dec. 16, 2004 _____  Signature of AUSA: _David G. Tobin_ _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Tavon Robinson

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2 | 21/841(a)(1) and 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 3 | 18/922(g)(1) | Felon In Possession Of Firearms | Four |
| Set 4 | 18/924(c)(1) | Possession/Firearms/Furtherance/Drug/Traffick | Five |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

_____

_____

robinson.js45.form.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____  **Category No.** _II_  **Investigating Agency** _DEA_

**City** _Boston_

**County** _Suffolk_

**Related Case Information:**

Superseding Ind./ Inf.  _X_ _____  Case No. _04-CR-10168 PBS_
Same Defendant  _X_ _____  New Defendant _____
Magistrate Judge Case Number  _04-817-MBB_
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _Willie Hester_                Juvenile ☐ Yes  ☒ No

Alias Name  _"Little Willie Hester"_

Address  _151 Broadway, Everett, MA_

Birth date (Year only): _1984_  SSN (last 4 #): _0718_  Sex _M_  Race: _Black_  Nationality: _USA_

Defense Counsel if known:  _Syrie Fried, Esquire_     Address: _Federal Defender Office_
                                                                 _Boston, MA_

Bar Number: _____

**U.S. Attorney Information:**

AUSA  _Michael J. Pelgro; David G. Tobin_     Bar Number if applicable _____

Interpreter:  ☐ Yes ☒ No     List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

    ☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date:  _April 12, 2004_

☒ Already in Federal Custody as  _April 13, 2004_  in  _USMS_ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  _2 counts_

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: _Dec. 16, 2004_     Signature of AUSA: _Daniel G. Tobin_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Willie Hester _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2   21/841(a)(1) and 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

hester.js45.form.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** _II_          **Investigating Agency** _DEA_

**City** _Boston_                    **Related Case Information:**

**County** _Suffolk_                    Superseding Ind./ Inf. _X_          Case No. _04-CR-10168 PBS_
                                        Same Defendant _X_          New Defendant _____
                                        Magistrate Judge Case Number _04-817-MBB_
                                        Search Warrant Case Number _____
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Adam Ellard_                    Juvenile:    ☐ Yes    X No

Alias Name _____

Address _Shepton Street, Dorchester, MA_

Birthdate: _1972_    SS # _9734_    Sex: _Male_    Race: _Caucasion_    Nationalit _USA_

**Defense Counsel if known:**    _James J. Coviello, Esquire_    Address _281 Beach Street_

Bar Number _____                    _Revere, MA_

**U.S. Attorney Information:**

AUSA _Michael J. Pelgro; David G. Tobin_    Bar Number if applicable _____

**Interpreter:**    ☐ Yes    X No          List language and/or dialect: _____

**Matter to be SEALED:**    ☐ Yes    X  No

        ☐ Warrant Requested          ☐ Regular Process    X    In Custody

**Location Status:**

Arrest Date          _April 12, 2004_

X Already in Federal Custody as of          _April 13, 2004_          in    _USMS_          .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony _3 counts_

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date: _Dec 16, 2004_    Signature of AUSA: _David G. Tobin_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Adam Ellard _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2 | 21/841(a)(1) | Distribution of Cocaine Base | Two |
| Set 3 | 21/841(a)(1) & 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

ellard.js45.form.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II _____  **Investigating Agency** DEA _____

**City** Boston _____  **Related Case Information:**

**County** Suffolk _____  Superseding Ind./ Inf. __X_____  Case No. 04-CR-10168 PBS

Same Defendant __X_____  New Defendant _____

Magistrate Judge Case Number ___04-817-MBB_____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___Steven Tucker_____  Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address ___289 Merrimack Street, #6, Manchester, NH_____

Birth date (Year only): _1985_  SSN (last 4 #): _1796_  Sex _M_  Race: _Black_____  Nationality: _USA_____

Defense Counsel if known: __Matthew Feinberg, Esquire__  Address: __125 Summer Street__
__Boston, MA__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Michael J. Pelgro; David G. Tobin__  Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No  List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested  ☐ Regular Process  ☒ In Custody

**Location Status:**

Arrest Date: ___April 12, 2004_____

☒ Already in Federal Custody as  _April 13, 2004_____  in  _USMS_____  .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  _2 counts_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: _Dec 16, 2004_  Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Steven Tucker _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2  21/841(a)(1) and 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

_____

_____

tucker.js45.form.wpd - 1/15/04 (USAO-MA)