# EXHIBIT I

Case 1:04-cr-10168-PBS    Document 116-10    Filed 02/08/2005    Page 1 of 2



## The Commonwealth of Massachusetts

Executive Office of Health and Human Services

### Department of Youth Services
Metro Area Office
P.O. Box 240921
425 Harvard Street
Dorchester, Ma. 02124

**WILLARD MITT ROMNEY**
GOVERNOR

**KERRY HEALEY**
LIEUTENANT GOVERNOR

**RONALD PRESTON**
SECRETARY, EOHHS

**MICHAEL C. BOLDEN**
COMMISSIONER

**PETER J. FORBES**
AREA DIRECTOR

**ANDREW TAKKI**
DIRECTOR OF OPERATIONS

TEL#: 617.740.0100
FAX#: 617.740.0110

2/3/2005

Max Stern, Attorney
Stern, Shapiro, Weissberg & Garin
90 Canal St.
Boston, MA 02114

RE: Norman Barnes (2/22/1983)

Norman has been discharged from the Dept. of Youth Services since 2/22/2001. His official file is currently not readily accessible. However, if the complete file is needed, it can be found in our archive files. Upon review of our official DYS computer records, I can confirm that Norman was in our physical custody from 3/10/2000 until 5/30/2000. I also can confirm an entry reporting that on 5/24/2000 at Roxbury Court an Armed Robbery charge was dismissed.

Although I do not have the actual case notes to report from at this time, I can report this to your Law Firm. The fact that Norman was in our physical custody until the dismissal of the open Armed Robbery is consistent with my normal practice of duties. My normal practice was to keep any DYS committed client in custody until any and all serious open matters were disposed of properly. If there were not an open matter then Norman would not have been held in custody.

If you have any questions please feel free to contact me @ 617 740-0185 or 617 740-0101.

Respectfully,

*Ron Pasquale*
Ron Pasquale
Dept. of Youth Services

02/03/05 THU 15:59 FAX 617 727 5792    DYS COMM. OF MASS    ☑002