# EXHIBIT K

# BOSTON POLICE INCIDENT REPORT

HANDPRINT

ORIGINAL ☒ SUPPLEMENTARY ☐

| 01. KEY SITUATIONS ☐ DRUGS ☐ LICENSED PREMISES ☐ ELDERLY ☐ JUVENILE ☐ COMMUNITY DISORDERS ☐ DOMESTIC ☐ OTHER | 02. COMPLAINT NO 000376436 | 03. REPORT DIST B-2 | CLEARANCE DIST. 28 | PAGE 1 | OF 2 |

| 04. TYPE OF INCIDENT: B&E motor Vehicle DT | 05. CRIME CODE | 06. STATUS ☐ INACTIVE ☐ UNFOUNDED ☒ ARREST ☐ UNDER 18 ☐ EXCEPT CL ☐ UNDER 18 | 07. DATE OF OCCUR A 07/10/00 B |

| 08. LOCATION OF INCIDENT (NO. STREET) (INTERSECTION-ALPHA ORDER): 10 Station st. | APT. | 09. DISPATCH TIME O/S 12:15 ☒P | 10. TIME OF OCCUR A 12;15 ☒P | |

| 11. VICTIM-COMP. (LAST, FIRST, MI): Comm Of Mass | 12. PHONE | 13. SEX ☐M ☐F | 14. RACE | 15. MARITAL STATUS ☐ MARRIED ☐ UNMARRIED |

| 16. ADDRESS (NO., STREET, CITY AND STATE IF OTHER THAN BOSTON OR MASS.) | APT. | OCCUPATION | 17. AGE | 18. D.O.B |

| 19. PERSON REPORTING (IF DIFFERENT THAN ABOVE): Sgt. Det. Daniel P. Linskey | 20. ADDRESS: Area B-2 D.C.U. | APT. | 21. PHONE: 343-4268 |

**22. WAS THERE A WITNESS TO THE CRIME**

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT NO | HOME ADDRESS | APT | TEL | A: YES ☒ NO ☐ |
| Sgt. Feeney, Po. Quinn, Po. Hearns, Po. Seoane | | | | | | RES / BUS | |
| | | | | | | RES / BUS | |
| | | | | | | RES / BUS | B: YES ☒ NO ☐ |

**23. NUMBER OF PERPETRATORS: 1**  CAN SUSPECT BE IDENTIFIED AT THIS TIME

| 24. ☒ARREST ☐WARRANT ☐MISSING ☐SUMMONS ☐SUSPECT | 25. NAME (LAST, FIRST, MI): Norman Barnes | 26. S.S. NO: 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 | 27. BOOKING NO: 00-01969-02 | 28. PHOTO NO | 29. ALIAS |
| 30. WARRANT NO. | 31. ADDRESS: 20 Fowler St. Dorchester, Mass | 32. SEX ☒M ☐F | 33. RACE: BN | 34. AGE: 17 | 35. HEIGHT: 5'6" | 36. D.O.B: 02/23/83 |
| 37. SPECIAL CHARACTERISTICS (INCLUDING CLOTHING): white shirt, Blue jeans, blue sneakers | | 38. WEIGHT: 150 | 39. BUILD: Slim | 40. HAIR: Blk | 41. EYES: Brn |

C: YES ☒ NO ☐

**42. CAN SUSPECT VEHICLE BE DESCRIBED**

| 43. ☐STOLEN ☐RECOV. ☐LV. SCENE ☐ABAND. ☐IN CUST. ☒TOWED ☐USED IN CRIME ☐OTHER | 44. REG. STATE NO: Mass 4245 NI | 45. PLATE TYPE: Pc | YEAR (EXP): 02 | 46. MODEL: Stanza |
| 47. VEHICLE MAKE-YEAR: Nissan | 48. VEHICLE NO: Unk | 49. STYLE: 4 Dr. | 50. COLOR (TOP-BOTTOM): Red |
| 51. OPERATOR'S NAME: Norman Barnes | 52. LICENSE NO: Unk | 53. OPERATOR'S ADDRESS: 20 Fowler St. |
| 54. OWNER'S NAME: Same | 55. OWNER'S ADDRESS: Same |

D: YES ☒ NO ☐

**56. CAN PROPERTY BE IDENTIFIED**

| 57. TYPE OF PROPERTY: 1 ford car stereo | 58. SERIAL OR I-DENTI-GUARD NO. | 59. BRAND NAME-DESCRIPTION: E7GE18923-AA | 60. MODEL | 61. VALUE: Over | 62. UCR | 63. RECOV: yes |

E: YES ☒ NO ☐

**64. IS THERE A SIGNIFICANT M.O.**

| 65. TYPE OF WEAPON-TOOL: Brick Screwdriver | 66. NEIGHBORHOOD: Res. | 67. TYPE OF BUILDING: N/A | 68. PLACE OF ENTRY: Pass. Window |
| 69. WEATHER: clear | 70. LIGHTING: daylight | 71. TRANSPORTATION OF SUSPECT (CAR, FOOT, MBTA, ETC.): Foot/ Car | 72. VICTIM'S ACTIVITY: N/a |
| 73. UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR: see Narrative | | | RELATIONSHIP TO VICTIM |

F: YES ☒ NO ☐

74. IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE)  — G: YES ☐ NO ☒

75. IS THERE ANY OTHER REASON FOR FURTHER INVESTIGATION (REASON BELOW)

**76. NARRATIVE AND ADDITIONAL INFORMATION**

About 12:15 Members of the Area B-2 Drug Control Unit were conducting investigations into drug dealing in the mission hill area. the officers observed the suspect above sitting in 1 white dodge Caravan mass reg. 7614DY vin # 2B4FK5539 Kr279703 owned by Caeser Urea of 137 Woodrow Ave, dorchester, Mass. the passanger side front window was smashed. The suspect was observed by Sgt. det. Linskey and Officer Seoane to be prying an object in the area of the dashboard area. ~~As the officers approached the suspect attempted to flee on foot and was apprehended after a brief foot chase. the officers observed a brick on the floor utilized to braek the window. There was a screw driver on the floor of the vehicle. The~~

| 77. UNIT ASSIGNED: V957 | 78. TOUR OF DUTY: 3 | 79. REPORTING OFFICER'S SIGNATURE | 80. REPORTING OFFICER'S ID: 9764 | 81. PARTNER'S ID: 11458 | F1 ☐YES ☐NO |
| 82. DATE OF REPORT: 07/10/00 | 83. SPECIAL UNITS NOTIFIED (REPORTING): tow line | | | | TELETYPE NO |
| 84. TIME COMPLETED: 8:00 | 85. SIGNATURE OF PATROL SUPERVISOR | 86. PAT SUP ID | 87. SIGNATURE DUTY SUPERVISOR | 88. DUTY SUP ID |

BPD Form 1.1 Revised 85

| 1. District | 2. Complaint No. | | BOSTON POLICE DEPARTMENT<br>CONTINUATION SHEET | Page | of |
|---|---|---|---|---|---|
| B-2 | 000376436 | | | 2 | 2 |
| 3. Report Date | 4. Nature of Incident | Remarks: | | | |
| 07/10/00 | B&E M.V. | | | | |

handel to the screw driver was located in the suspect's pocket the suspect had several pieces of broken glass in his pocket. The officers located the suspect's vehicle and discovered that it was lacking the radio. there was damage to the area of the caravan's radio from the suspect attempting to remove it. During an inventory of the suspects motor vehicle the officers discovered another stolen radio from a ford along with the vehicles radio in the trunk.

suspects vehicle towed to Auto service and tire, victim's vehicle towed to roadrunner taylor of tow line notified.

evidence logged into gun locker, 1 screw driver, 1 screwdriver grip, 1car stereo, 1 brick.

1.74