Pence Wiggins
132 Warren St.
Apartment 2
Roxbury, MA 02119

February 8, 2005

The Honorable Patti B. Saris
United States District Judge
United States Courthouse
Boston, MA

    Re: Norman Barnes

Dear Judge Saris:

    I am Norman Barnes' girlfriend. I have known him since 2000. We have been in a steady relationship since 2001. We have lived together in Brockton. Since his arrest, I have visited him numerous times. We hope and plan to make a life together, and hope one day to be married.

    I am twenty years old. I graduated from South Boston High School in 2002. I had a semester in the Nursing Program at Roxbury Community College in 2003, and did well, but had to leave to work. I am currently a Nurse's Assistant in the Operating Room at the Beth Israel Hospital. I plan to return to school – in the UMASS Boston nursing program in the Fall of 2005, with a schedule that will permit me to continue with my current job and get my education at the same time.

    I know that Norman has been involved in a serious crime – involving drugs – for which he must pay. I do not know how Norman has been portrayed to you by others. But I know him as a wonderfully, kind, generous, and considerate young man. He is warm with a great sense of humor. He was a wonderful relationship with his five year old son, Shaun. When we lived in Brockton he would see Shaun every other weekend. He is very committed to being a presence in his son's life – unlike what happened to him.

    Norman and I have spent a lot of time talking about his attitude toward what got him to where he is. Detention in Plymouth has been very stressful to him and hard on him. He is remorseful and regrets terribly that he did not take another path and avoid this. He is resolved not to let this happen again.

    Norman's plan is to go back to school. He wants to learn a trade and hopes someday to open his own business. I believe that he can do this.

When he is released we plan to live together with my family until we can find our own apartment. I have been saving for this and have now put away enough money so that we will be able to do it.

I truly believe that Norman wants to "turn over a new leaf" in his life and I am committed to helping him.

I hope that you agree that he has now been punished enough.

Yours truly,

*Penee Wiggins*

Penee Wiggins

-2-

Sophia Barnes
69 Bird St Apt. #1
Dorchester, MA 02125

To whom it may concern Norman Barnes is my son. He has a son Shaun Barnes. Norman is quiet, curious and eager to learn. He always giving someone advice, he comes from a single parent family he grew up with is siblings and my mother. Since he has been gone his son's grades has fallen, he is a big influence in his son's life. He was on the right track when he came home in 2003. Where we lived in the same building in Brockton I stayed on him to get a job it wasn't easy for him because he has a record but he kept going because he wanted to do right finally he got a job a National tire and battery in Everett he got up every morning on time and happy that he was doing something positive. I know his situation is a bad one, he has 2 sisters and 2 brothers. Norman is the oldest of five children he helps me by

Coming to visit me and having our mother, son talks with me. I miss those talks. He is my strength I miss him and need him home to raise his son and get another job so he live responsibly again. I dont think he will be coming back again just by talking to him I know that he is ready to come home and do the right thing please have the faith I have in him and allow him to come home

Thank you
Sophia Barn

125 Elm Hill Ave
Dorchester, MA
Feb 14, 2005

To Whom it may Concern:
My name is Lillian Kinney. Norman Barnes is my Grandson and I'm writing to say that upon his release, I'm willing to help in any way that I can to ensure the betterment on the outside. This family needs him and loves him especially his Dorothy do all I can to help her. So if there is anything else, feel free to let me know

Sincerely
Lillian Kinney

Feb 14th

To whom it may concern

Ref: Norman Shun Barnes is one of my many nephews. I've know him his twenty-two years of life, he is a good kid whom I admit made a few bad choices. I do beleive that Norman has learn from his mistakes, I think he can turn that negative behavior he had in the pass to a positive influence to some of his younger cousins siblings and others. Hopefully he can get out and continue his music career. I know my son would love it because they are a great group of rappers. The whole family will be rewarded if can come home, because he is really loved by all.

His Aunt
Pearl