U. S. Department of Justice

Federal Bureau of Prisons

Northeast Regional Office

U.S. Customs House, Suite 1100
2nd and Chestnut Streets
Philadelphia, PA 19106

March 8, 2005

The Honorable Patti B. Saris
Judge of the United States District Court
  for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    RE: BARNES, Norman
        Register Number: 25184-038
        Docket Number: 1: 04 CR 10168 005-PBS

Dear Judge Saris:

    Mr. Norman Barnes was sentenced in your Court to a 21-month term of confinement for Conspiracy to Possess with Intent to Distribute, and to Distribute Cocaine; Possession with Intent to Distribute, and Distribution of Cocaine; and Aiding and Abetting. At the time of sentencing, you recommended Mr. Barnes be confined at the Federal Medical Center, Devens, Ayer, Massachusetts, a facility which houses a small number of low security level inmates.

    During the designation process, we were aware of your recommendation. Regrettably, after review of his case, it was determined Mr. Barnes required initial designation to a more secure facility. This was based on the severity of his current offense, prior criminal history to include Receiving Stolen Property, Breaking and Entering, Drugs; and pending charges for Murder, Assault and Battery with Deadly Weapon, and Armed Assault. Mr. Barnes has been designated to the United States Penitentiary, Lewisburg, Pennsylvania, the most appropriate facility with available bed space.

We regret we were unable to comply with the Court's recommendation. Should you require additional information, please contact me at (215)521-7311.

Sincerely,

*[signature]*

D. Scott Dodrill
Regional Director