AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

IN CLERKS OFFICE

District of ___MASSACHUSETTS___

2007 JAN 19 P 1:53

UNITED STATES OF AMERICA

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

**WARRANT FOR ARREST**

NORMAN BARNES

Case Number:  04-CR-10168-PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___NORMAN BARNES___
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   X Violation   ☐ Probation Violation Petition

charging him or her     (brief description of offense)

Violation of Conditions of Supervised Release

2006 DEC

in violation of ___18___ United States Code, Section(s) ___3606___

Patti B. Saris, U.S.D.J.    by /s/ Robert C. Alba          Deputy Clerk
Name of Issuing Officer                                     Title of Issuing Officer

/s/ Robert C. Alba
                                                            December 8, 2006, at Boston, Massachusetts
Signature of Issuing Officer                                Date and Location

                                                            05m5
                                ARREST/ARRAIGNMENT OF
                                                            1/12/07

Bail fixed at $ _____ by _____
                                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |