AO-442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

2008 JAN 11  P 2: 17

UNITED STATES OF AMERICA

V.

NORMAN BARNES

**WARRANT FOR ARREST**

Case Number: 04-CR-10168-PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __NORMAN BARNES__
                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   X Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

Violation of Conditions of Supervised Release

in violation of __18__ United States Code, Section(s) __3606__

Patti B. Saris, U.S.D.J.   by /s/ Robert C. Alba
Name of Issuing Officer

Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

December 21, 2007, at Boston, Massachusetts
Date and Location

Bail fixed at $ _____   by _____
                                                          Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/5/08 | USMS |
| DATE OF ARREST | | |

210